**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  19-cv-1196

UNITED STATES OF AMERICA,

      Plaintiff,

v.

MELISSA MARY GERVELL,
      a/k/a MARY MELISSA GERVELL

      Defendant.

---

### COMPLAINT

---

The United States of America, through counsel, hereby files a complaint against Melissa Mary Gervell ("Gervell"), under the Federal Debt Collection Procedures Act ("FDCPA"), 28 U.S.C. §3001 et seq.

### I. JURISDICTION

1. This Court has jurisdiction over this case pursuant to 28 U.S.C. § 1345.

### II. PARTIES

2. Plaintiff, the United States, is a sovereign nation.

3. Melissa Gervell is a resident of the City of Colorado Springs, El Paso County, Colorado, residing within the jurisdiction of this Court.

### III. FACTUAL ALLEGATIONS

4. Melissa Gervell is not in military service pursuant to the Soldiers' and Sailors' Civil Relief Act of 1940, as amended by the Service Members' Civil Relief Act of 2003.

5. Melissa Gervell executed promissory notes to secure loans from Norwest Bank.

6. The loan proceeds were distributed to or on behalf of Melissa Gervell.

7. Melissa Gervell has defaulted on her obligation to repay the loans. Pursuant to 34 C.F.R § 685.202(b), unpaid interest was capitalized and added to the principle balance.

### COUNT I – CLAIM FOR A DEBT

8. Melissa Gervell is indebted to the United States in the principle amount of $21,688.28, plus interest on this principal computed at the applicable note rate in the amount of $14,851.70 as of March 26, 2019, and interest thereafter on this principal at the applicable note rate from this date until the date of judgment. The interest rate is 5.03% through June 30, 2019.

9. A copy of the Certificate of Indebtedness establishing the basis for Melissa Gervell's liability for this debt is attached herein as Exhibit 1.

10. The United States has made a demand to Melissa Gervell for the amount owed, but the amount due remains unpaid.

### COUNT 2 – CLAIM FOR A DEBT

11. Melissa Gervell is indebted to the United States in the principle amount of $4,391.46, plus interest on this principal computed at the applicable note rate in the amount of $2,457.82 as of March 26, 2019, and interest thereafter on this principal at the applicable note rate from this date until the date of judgment. The interest rate is 4.23% through June 30, 2019.

12. A copy of the Certificate of Indebtedness establishing the basis for Melissa Gervell's liability for this debt is attached herein as Exhibit 2.

13. The United States has made a demand to Melissa Gervell for the amount owed, but the amount due remains unpaid.

14. The United States incorporates by reference the allegations set forth above paragraphs one through thirteen.

15. The amounts set forth in paragraph eight and eleven are a "debt" to the United States as defined in the FDCPA. 28 U.S.C. § 3002(3)(B).

16. The United States is entitled to obtain a remedy in connection with Melissa Gervell's debt to the United States. 28 U.S.C. § 3001(a)(2).

**WHEREFORE, PREMISES CONSIDERED,** the United States respectfully prays:

a. To recover from Melissa Gervell $21,688.28, plus interest on this principal computed at the applicable note rate in the amount of $13,665.50 as of March 26, 2019 and interest thereafter on this principal at the applicable note rate from this date until the date of judgment; for post judgment interest at the legal rate in effect on the date of entry of judgment, to be compounded annually pursuant to 28 U.S.C. § 1961 (b); as well as

b. To recover from Melissa Gervell $4,391.46, plus interest on this principal computed at the applicable note rate in the amount of $2,457.82 as of March 26, 2019 and interest thereafter on this principal at the applicable note rate from this date until the date of judgment; for post judgment interest at the legal rate in

    effect on the date of entry of judgment, to be compounded annually pursuant to 28 U.S.C. § 1961 (b);

c. That the Court award the United States costs for prosecuting this action, including but not limited to, a filing fee of $400.00, as authorized by 28 U.S.C § 2412(a)(2); and

d. That the Court grant such further and general relief as the Court deems just and proper under the law and the facts of this case.

        Respectfully submitted,

        JASON R. DUNN
        United States Attorney

        s/William B. Gillespie
        WILLIAM B. GILLESPIE
        Assistant United States Attorney
        United States Attorney's Office
        1801 California Street, Suite 1600
        Denver, CO 80202
        Telephone: 303-454-0102
        E-mail:  William.Gillespie@usdoj.gov

        Attorneys for plaintiff
        United States